# Complaint Exhibit A

# Early decision agreement

ED

Before completing this form, please consult the instructions for early decision applicants on the college's website. The early decision agreement is required only for candidates who have chosen to apply via the binding early decision plan to their first-choice institution.

College name _____  Deadline _____  ☐ Early decision  ☐ Early decision 2
                                                                    mm/dd/yyyy

Have you been a candidate for admission to this college in any previous year?  ☐ Yes  ☐ No

## Student section

Legal name _____  _____  _____  _____
           First/given                 Middle                    Last/family/sur (Enter name exactly as it appears on official documents.)  Suffix

Date of birth _____  Email _____  CAID (Common App ID) _____
              mm/dd/yyyy

Address

_____  _____  _____
Number and street                                                  Apartment number  City/town

_____  _____  _____  _____
County                State/province        Country              ZIP/postal code

Current secondary/high school _____  CEEB code _____

## Instructions

If the student is accepted under an early decision plan, the student must promptly withdraw the applications submitted to other colleges and universities and make no additional applications to any other university in any country. If the student is an early decision candidate and is seeking financial aid, the student need not withdraw other applications until the student has received notification about financial aid from the admitting early decision institution.

For more information about the early decision plan, please refer to Common App's guiding principles.

## Student signature

I wish to be considered as an early decision candidate at: _____
                                                            College name

I have read and understand my rights and responsibilities under the early decision process. I also understand that with an early decision offer of admissions, this institution may share my name and my early commitment with other institutions.

Signature _____  Date _____
                                                                  mm/dd/yyyy

## Counselor signature

As the counselor, I have advised the student to abide by the early decision commitment outlined above.

Full name _____

Signature _____  Date _____
                                                                  mm/dd/yyyy

## Parent/legal guardian signature

As the parent/legal guardian, I will ensure the student abides by the early decision commitment outlined above.

Full name _____

Signature _____  Date _____
                                                                  mm/dd/yyyy

Please send this form directly to each college admission office. Do not send this form to Common App.

© 2025 The Common Application, Inc.  |  Property of The Common Application, Inc.



# Early decision agreement

ED

Before completing this form, please consult the instructions for early decision applicants on the college's website. The early decision agreement is required only for candidates who have chosen to apply via the binding early decision plan to their first–choice institution.

College name _____    Deadline _____    ☐ Early decision    ☐ Early decision 2
mm/dd/yyyy

Have you been a candidate for admission to this college in any previous year?    ☐ Yes    ☐ No

## Student section

Legal name _____ _____ _____ _____
First/given        Middle        Last/family/sur (Enter name exactly as it appears on official documents.)    Suffix

Date of birth _____    Email _____    CAID (Common App ID) _____
mm/dd/yyyy

Address

_____    _____    _____
Number and street                                Apartment number    City/town

_____    _____    _____    _____
County              State/province      Country              ZIP/postal code

Current secondary/high school _____    CEEB code _____

## Instructions

If the student is accepted under an early decision plan, the student must promptly withdraw the applications submitted to other colleges and universities and make no additional applications to any other university in any country. If the student is an early decision candidate and is seeking financial aid, the student need not withdraw other applications until the student has received notification about financial aid from the admitting early decision institution.

For more information about the early decision plan, please refer to Common App's guiding principles.

## Student signature

I wish to be considered as an early decision candidate at: _____
College name

I have read and understand my rights and responsibilities under the early decision process. I also understand that with an early decision offer of admissions, this institution may share my name and my early commitment with other institutions.

Signature _____    Date _____
mm/dd/yyyy

## Counselor signature

As the counselor, I have advised the student to abide by the early decision commitment outlined above.

Full name _____

Signature _____    Date _____
mm/dd/yyyy

## Parent/legal guardian signature

As the parent/legal guardian, I will ensure the student abides by the early decision commitment outlined above.

Full name _____

Signature _____    Date _____
mm/dd/yyyy

Copyright 2021 The Common Application, Inc.  |  Property of The Common Application, Inc.