# Complaint Exhibit B

# Coalition Early Decision Agreement

Please consult the Coalition College's website for any additional Early Decision information or instructions. Your application to this college will tell you which signatures are required.

**COLLEGE**

The Early Decision Agreement is required **only** if you have chosen to apply via the binding Early Decision Plan to the institution of your choice.

Institution Name _____    Deadline _____

☐ Early Decision     ☐ Early Decision II

**APPLICANT**

Student Name _____    Graduation Date _____
(mm/yyyy)

Coalition Account ID _____    CEEB _____

Current High School _____

Guidelines for applying under a binding Early Decision process have been defined by the National Association for College Admission Counseling's Statement of Principles of Good Practices:

"**Early Decision (ED) is the application process in which students make a commitment to a first-choice institution where, if admitted, they definitely will enroll.** While pursuing admission under an Early Decision plan, students may apply to other institutions, but may have only one Early Decision application pending at any time. Should a student who applies for financial aid not be offered an award that makes attendance possible, the student may decline the offer of admission and be released from the Early Decision commitment. The institution must notify the applicant of the decision within a reasonable and clearly stated period of time after the Early Decision deadline. Usually, a nonrefundable deposit must be made well in advance of May 1. The institution will respond to an application for financial aid at or near the time of an offer of admission. Institutions with Early Decision plans may restrict students from applying to other early plans. Institutions will clearly articulate their specific policies in their Early Decision agreement."

**If you are accepted under an Early Decision plan, you must immediately withdraw the applications submitted to other colleges and make no additional applications to any other college in any country.** If you are an Early Decision candidate and are seeking financial aid, you do not need to withdraw other applications until you have received notification about financial aid from the admitting Early Decision institution.

Not all signatures are required for all colleges; please check your application to see requirements.
To sign, please type your full name in the signature field.

_____    _____
Student Signature                                            Date *(mm/dd/yyyy)*

_____    _____
Parent Signature                                             Date *(mm/dd/yyyy)*

_____    _____
Counselor Signature                                          Date *(mm/dd/yyyy)*

Counselor Title _____    Email _____    Phone _____

*Please complete this document, upload it to your Locker,
and attach it to the application of the college to which
you are applying through an Early Decision program.*