AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts ▼

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>CONSORTIUM ON FINANCING HIGHER EDUCATION, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONSORTIUM ON FINANCING HIGHER EDUCATION
1 Main Street
Suite 1210
Cambridge, MA 02142

See attached rider for additional Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/8/2025 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS**

**Defendants**

Common Application
3003 Washington Blvd, Suite 1000
Arlington, VA 22201

Scoir, Inc.
5 W. Gay Street
West Chester, PA 19380

Amherst College
Office of General Counsel
220 South Pleasant Street
Amherst, MA 01002

Barnard College
Office of the General Counsel
3009 Broadway
New York, NY 10027

Bowdoin College
Office of the General Counsel
Hawthorne-Longfellow Hall
253 Maine Street
Brunswick, ME 04011

Brown University
General Counsel
69 Brown Street
Providence, RI 02912

Bryn Mawr College
101 North Merion Ave.
Bryn Mawr, PA 19010

Carleton College
The Office of the President
One North College St., Laird Hall 100
Northfield, MN 55057

Columbia University
Office of General Counsel
412 Low Memorial Library
535 West 116th Street
New York, NY 10027

Cornell University
300 CCC Building
235 Garden Avenue
Ithaca, NY 14853

Dartmouth College
Office of the General Counsel
63 South Main Street, Suite 301
Hanover, NH03755

Duke University
310 Blackwell Street, 4th Floor
Durham, NC 27701

Emory University
Office of the General Counsel
201 Dowman Drive
Atlanta, GA 30322

Haverford College
Office of the President
370 Lancaster Ave Founders Hall
Haverford, PA 19041

Johns Hopkins University
Homewood Office
3400 N. Charles Street, Garland Hall 113
Baltimore, MD 21218

Macalester College 1600 Grand Avenue,
Weyerhaeuser 208
Saint Paul, MN 55105

Middlebury College
Office of General Counsel and Risk Management
Old Chapel
Middlebury, VT 05753

Mount Holyoke College
50 College Street
South Hadley, MA 01075

Northwestern University
General Counsel
33 Clark Street
Evanston, IL 60208

Oberlin College
70 N. Professor St., Room 200
Location Cox Administration Building
Oberlin, OH 44074

Pomona College
333 N. College Way
Claremont, CA 91711

Rice University
Office of General Counsel
P.O. Box 1892, MS-94
Houston, TX 77251

Smith College
10 Elm Street
Northampton, MA 01063

Swarthmore College
Office of General Counsel
101 S. Chester Road, Room 204
Swarthmore, PA 19081

Trinity College
General Counsel and Secretary of the College
300 Summit Street
Hartford CT 06106

University of Chicago
Office of Legal Counsel
5801 South Ellis Avenue, Suite 619
Chicago, IL 60637

University of Pennsylvania
Office of General Counsel
FMC Tower at Cira Center South
2929 Walnut Street, Suite 400
Philadelphia, PA 19104

University of Rochester
Office of Counsel
263 Wallis Hall
Rochester, NY 14627

Vanderbilt University
Office of the General Counsel
Loews Business Tower
2100 West End Avenue, Suite 1100
Nashville, TN 37203

Vassar College
124 Raymond Avenue
Poughkeepsie, NY 12604

Washington University in St. Louis
Danforth Campus
1 Brookings Drive
St. Louis, MO 63130

Wellesley College
106 Central Street
Wellesley, MA 02481

Wesleyan University
Office of the General Counsel
55 High Street #240
Middletown, CT 06457

Williams College
880 Main Street
Hopkins Hall 3rd Floor
Williamstown, MA 01267