UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, et al.,<br><br>        Defendants. | Case No. 25-cv-12221 |

**MOTION TO ADMIT ATTORNEY EDWARD DIVER**
**PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3**

Daniel Silverman, a member of the bar of this Court hereby moves for the admission *pro hac vice* of Edward Diver, for the purpose of entering an appearance on behalf of Plaintiffs in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court and have signed the Complaint in the above-captioned matter.

2. I move for the admission *pro hac vice* of Mr. Diver, of the law firm Langer Grogan & Diver P.C., to appear before this Court as co-counsel.

3. As set forth in the accompanying certification, Mr. Diver is a member in good standing of the Commonwealth of Pennsylvania; there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; and he has read and agrees to comply with the local rules of this Court.

4. Mr. Diver previously was admitted *pro hac vice* in this Court in *BW Winters, et al. v. Ocean Spray Cranberries, Inc., et al.*, No. 12-cv-12016 (D. Mass.).

5.      Mr. Diver has not had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Edward Diver to appear before the Court in this matter *pro hac vice*.

| | |
|---|---|
| Dated: August 13, 2025 | Respectfully Submitted: |
| | By: /s/ *Daniel H. Silverman* <br> Daniel H. Silverman <br> Massachusetts Bar ID: 704387 <br> **COHEN MILSTEIN SELLERS & TOLL PLLC** <br> 769 Centre Street, Suite 207 <br> Boston, MA 02130 <br> Tel: (617) 858-1990 <br> dsilverman@cohenmilstein.com |