**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 25-cv-12221 |

**CERTIFICATE OF EDWARD DIVER**

Edward Diver, hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1.　　I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice*. I have personal knowledge of each of the facts stated below.

2.　　I am a partner in the law firm of Langer Grogan & Diver P.C., and I am counsel for plaintiffs in this matter. My office is located at 1717 Arch Street, Suite 4020, Philadelphia, PA 19103.

3.　　I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice: Pennsylvania (2/22/2000), United States District Court for the Eastern District of Pennsylvania, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Sixth Circuit, and United States Court of Appeals for the Federal Circuit.

4.　　I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding, and no discipline has ever been imposed upon me in any

jurisdiction.

5.   I have not previously had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.   I have been admitted *pro hac vice* in this Court before in *BW Winters, et al. v. Ocean Spray Cranberries, Inc., et al.*, No. 12-cv-12016 (D. Mass.).

7.   I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

August 13, 2025                     Respectfully submitted,

*/s/ Edward Diver*
Edward Diver
**LANGER GROGAN & DIVER P.C.**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
ndiver@langergrogan.com