# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all other similarly situated,<br><br>      Plaintiffs<br><br>      v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, AND WILLIAMS COLLEGE,<br><br>      Defendants. | Civil Action No.: 1:25-cv-12221-JDH |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jack W. Pirozzolo (Bar No. 564879) in this matter on behalf of Defendant Northwestern University.

Dated: September 2, 2025                               Respectfully submitted,

                                                       */s/ Jack W. Pirozzolo*
                                                       Jack W. Pirozzolo (BBO # 564879)
                                                       SIDLEY AUSTIN LLP
                                                       60 State Street, 36th Floor
                                                       Boston, MA 02109
                                                       Jpirozzolo@sidley.com
                                                       (617)223-0304

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, and any exhibits and associated pages, were filed electronically through the Court's CM/ECF system on September 2, 2025 and will be sent electronically to the registered participants as identified on the NEF, and copies will be sent to those indicated as non-registered participants.

Dated: September 2, 2025                                    /s/ *Jack W. Pirozzolo*

                                                                                Jack W. Pirozzolo