# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all other similarly situated,<br><br>      Plaintiffs<br><br>      v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, AND WILLIAMS COLLEGE,<br><br>      Defendants. | Civil Action No.: 1:25-cv-12221-JDH |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Northwestern University states that it is a private, non-profit corporation that has no publicly held parent companies, subsidiaries, or affiliates and that no public company owns 10% or more of its stock.

Dated: September 2, 2025                                                                 Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Jpirozzolo@sidley.com
(617)223-0304

*/s/ Scott D. Stein*
Scott D. Stein (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1. S. Dearborn St.
Chicago, IL 60603
Sstein@sidley.com
(312)853-7520

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, and any exhibits and associated pages, were filed electronically through the Court's CM/ECF system on September 2, 2025 and will be sent electronically to the registered participants as identified on the NEF, and copies will be sent to those indicated as non-registered participants.

Dated: September 2, 2025                                         /s/ *Jack W. Pirozzolo*
                                                                              Jack W. Pirozzolo