UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION, SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>*Defendants*. | No. 25-cv-12221 |

## NOTICE OF APPEARANCE

The undersigned attorney respectfully notifies the Court and counsel that Noah J. Kaufman of the law firm Morgan, Lewis & Bockius LLP shall appear as counsel for Defendant Brown University in the above-captioned matter.

Dated: September 3, 2025

Respectfully submitted,

*/s/ Noah J. Kaufman*
Noah J. Kaufman, BBO No. 678968
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA 02110
Tel.: (617) 341-7590
noah.kaufman@morganlewis.com

## CERTIFICATE OF SERVICE

    I certify that on September 3, 2025, the foregoing document was filed through the Court's CM/ECF system and sent electronically to the registered participants as identified on the notice of electronic filing.

                                                                          */s/ Noah J. Kaufman*