UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>*Defendants*. | Case No. 1:25-cv-12221-JDH |

**THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA'S RULE 7.1**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant the Trustees of the University of Pennsylvania states that it is a non-profit corporation with no parent corporation, and no publicly held company, non-publicly held entity, or individual owns 10% or more of its stock.

Dated: September 3, 2025

Respectfully submitted,

/s/ Andrew S. Dulberg
Andrew S. Dulberg (BBO #675405)
WILMER CUTLER PICKERING
HALE AND DORR LLP
20 State Street
Boston, MA 02109
(617) 526-6000
andrew.dulberg@wilmerhale.com

David Gringer
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
*Pro Hac Vice Pending*

*Counsel for Defendant the Trustees of the University of Pennsylvania*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on September 3, 2024.

> /s/ *Andrew S. Dulberg*
> Andrew S. Dulberg