UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, et al.,<br><br>      Defendants. | Civil Action<br>No. 1:25-cv-12221-JDH |

**JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT FOR SCOIR INC.**

Plaintiffs Alayna D'Amico, Max Miller, Bella Robinson, and Bram Silbert ("Plaintiffs"), and Defendant Scoir Inc. ("Scoir"), by their undersigned counsel, hereby jointly move for the entry of an Order extending the time for Scoir to move, answer, or otherwise respond to the Complaint (Doc. No. 1) to and including October 15, 2025.

As grounds for this Motion, Plaintiffs and Scoir state as follows:

  1.  Plaintiffs commenced this action by filing their Complaint on August 8, 2025. The Complaint names 35 Defendants. (Doc. No. 1).

  2.  Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the deadline for Scoir to answer or otherwise respond to the Complaint is September 12, 2025.

  3.  On September 2, 2025, Plaintiffs and 28 Defendants, not including Scoir, filed a Joint Motion to Extend Time to Respond to Complaint (Doc. No. 39), which asks the Court to enter an Order extending the time for those 28 Defendants to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.

  4.  On September 4, 2025, Plaintiffs and Washington University in St. Louis and Pomona College filed a separate Joint Motion to Extend Time to Respond to the

1

Complaint (Doc. No. 80), which asks the Court to enter an Order extending the time for those two Defendants to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.

5. On September 8, 2025, Plaintiffs and The Common Application, Inc. and Haverford College filed a separate Joint Motion to Extend Time to Respond to the Complaint (Doc. No. 103), which asks the Court to enter an Order extending the time for those two Defendants to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.

6. Counsel for Scoir have conferred with counsel for the Defendants that filed Doc. Nos. 39, 80, and 103 and can represent that they anticipate coordinating with their co-Defendants to file one or more motions to dismiss the Complaint. Scoir further anticipates, consistent with Doc. Nos. 39, 80, and 103 that they will, along with their co-Defendants, negotiate with Plaintiffs and agree upon a proposed briefing schedule for Defendants' forthcoming motion(s) to dismiss.

7. To allow for this coordination, Plaintiffs and Scoir have conferred and jointly propose that the Court extend the time within which Scoir must move, answer, or otherwise respond to the Complaint to and including October 15, 2025. No extension of time has previously been sought or granted with respect to this deadline as to Scoir.

WHEREFORE, Plaintiffs and Scoir respectfully move this Court for entry of an Order extending the time within which Scoir must move, answer, or otherwise respond to the Complaint to and including October 15, 2025.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned counsel hereby certify that they have conferred and agree to the relief sought by this Motion.

Dated: September 11, 2025

Respectfully Submitted,

/s/ Edward A. Diver

Edward A. Diver (*pro hac vice*)
Peter Leckman (*pro hac vice*)
Kevin Trainer (*pro hac vice*)
**LANGER GROGAN AND DIVER P.C.**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel:(215) 320-5660
ndiver@langergrogan.com
pleckman@langergrogan.com
ktrainer@langergrogan.com

Benjamin D. Brown (*pro hac vice*)
Richard A. Koffman (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)
Alex Bodaken (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel:(202) 408-4600
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dmccuaig@cohenmilstein.com
abodaken@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class*

/s/ Sarah F. Kirkpatrick

Sarah F. Kirkpatrick (BBO #667300)
Cole T. Wintheiser (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Tel: (202) 434-5958
skirkpatrick@wc.com
cwintheiser@wc.com

*Counsel for Scoir Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2025, a true and correct copy of this document was served on all counsel of record via CM/ECF system.

*/s/ Sarah F. Kirkpatrick*