UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, et al.,<br><br>                Defendants. | Civil Action<br>No. 25-12221-AK |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
FOR OBERLIN COLLEGE AND CORNELL UNIVERSITY, RESPECTIVELY**

Plaintiffs Alayna D'Amico, Max Miller, Bella Robinson, and Bram Silbert ("Plaintiffs"), and Defendants Oberlin College ("Oberlin") and Cornell University ("Cornell"), respectively, by their undersigned counsel, hereby jointly move for the entry of an Order extending the time for Oberlin and Cornell, respectively, to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.

As grounds for this Motion, Plaintiffs, Oberlin, and Cornell state as follows:

1.      Plaintiffs commenced this action by filing their Complaint on August 8, 2025. The Complaint names 35 Defendants, including Oberlin and Cornell.

2.      Plaintiffs' position is that they properly served Oberlin on August 14, 2025, and that, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Oberlin's deadline to answer or otherwise respond to the Complaint therefore was September 4, 2025; Oberlin's position is that service of the Complaint and Summons was not effected on Oberlin's agent of service.

3.      Cornell was properly served on September 2, 2025.

4.      On September 2, 2025, Plaintiffs and 28 Defendants, not including Oberlin or

Cornell, filed a Joint Motion to Extend Time to Respond to Complaint (Dkt. No. 39), which asked the Court to enter an Order extending the time for those 28 Defendants to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.  The Court granted that motion (Dkt. No. 95).

5.    On September 4, 2025, Plaintiffs and Washington University in St. Louis and Pomona College filed a separate Joint Motion to Extend Time to Respond to the Complaint (Dkt. No. 80), which asked the Court to enter an Order extending the time for those two Defendants to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.  The Court granted that motion (Dkt. No. 96).

6.    On September 8, 2025, Plaintiffs and The Common Application, Inc. and Haverford College filed a separate Joint Motion to Extend Time to Respond to the Complaint (Dkt. No. 103), which asked the Court to enter an Order extending the time for those two Defendants to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.  The Court granted that motion (Dkt. No. 106).

7.    On September 11, 2025, Plaintiffs and Scoir, Inc. filed a separate Joint Motion to Extend Time to Respond to the Complaint (Dkt. No. 110), which asked the Court to enter an Order extending the time for Scoir, Inc. to move, answer, or otherwise respond to the Complaint to and including October 15, 2025.  The Court granted that motion (Dkt. No. 111).

8.    Oberlin and Cornell, respectively, anticipate coordinating with their co-Defendants on a response to the Complaint.  Oberlin and Cornell further anticipate, consistent with Dkt. No. 39, that Oberlin and Cornell will, along with their co-Defendants, negotiate with Plaintiffs and agree upon a proposed briefing schedule for Defendants' forthcoming motion(s) to dismiss.

9.      To allow for this coordination, consistent with Dkt. No. 39, Plaintiffs and Oberlin and Cornell have conferred and jointly propose that the Court extend the time within which Oberlin and Cornell must move, answer, or otherwise respond to the Complaint to and including October 15, 2025.  No extension of time has previously been sought or granted with respect to this deadline as to Oberlin or Cornell.

WHEREFORE, Plaintiffs and Oberlin and Cornell respectfully move this Court for entry of an Order extending the time within which Oberlin and Cornell must move, answer, or otherwise respond to the Complaint to and including October 15, 2025.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel hereby certify that they have conferred and agree to the relief sought by this Motion.

Dated: September 15, 2025                    Respectfully Submitted,


/s/ Edward A. Diver                          /s/ Lexie R. Pereira
Edward A. Diver (*pro hac vice*)             Lexie R. Pereira (BBO #711518)
Peter Leckman (*pro hac vice*)               **PILLSBURY WINTHROP SHAW PITTMAN LLP**
Kevin Trainer (*pro hac vice*)               1200 Seventh Street NW
**LANGER GROGAN AND**                        Washington, DC 20036-3006
**DIVER P.C.**                               (202) 663-8133
1717 Arch Street, Suite 4020                 lexie.pereira@pillsburylaw.com
Philadelphia, PA 19103
Tel:(215) 320-5660
ndiver@langergrogan.com                      Jacob R. Sorensen (*pro hac vice* forthcoming)
pleckman@langergrogan.com                    Laura C. Hurtado (*pro hac vice* forthcoming)
ktrainer@langergrogan.com                    **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                                             Four Embarcadero Center, 22nd Floor
                                             San Francisco, CA 94111
Benjamin D. Brown (*pro hac vice*)           (415) 983-1000
Richard A. Koffman (*pro hac vice*)          jake.sorensen@pillsburylaw.com
Daniel McCuaig (*pro hac vice*)              laura.hurtado@pillsburylaw.com
Alex Bodaken (*pro hac vice*)
**COHEN MILSTEIN SELLERS**                   Jeffrey Metzler (*pro hac vice* forthcoming)
**& TOLL PLLC**                              **PILLSBURY WINTHROP SHAW PITTMAN LLP**
1100 New York Ave. NW, Eighth                31 West 52nd Street
Floor                                        New York, NY 10019
Washington, DC 20005                         (212) 858-1153
Tel:(202) 408-4600                           jeffrey.metzler@pillsburylaw.com
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com                   *Counsel for Oberlin College*
dmccuaig@cohenmilstein.com
abodaken@cohenmilstein.com


*Counsel for Plaintiffs and the*
*Proposed Class*

4

*/s/  Alicia L. Downey*
Alicia L. Downey (BBO # 564265)
**DOWNEY LAW LLC**
155 Federal St., Suite 300
Boston, MA 02110
(617) 444-9811
alicia@downeylawllc.com


Melissa H. Maxman (*pro hac vice* forthcoming)
Ronald F. Wick (*pro hac vice* forthcoming)
Derek Jackson (*pro hac vice* forthcoming)
**COHEN & GRESSER LLP**
2001 Pennsylvania Ave., NW
Suite 300
Washington, DC 20006
(202) 851-2070
mmaxman@cohengresser.com
rwick@cohengresser.com
djackson@cohengresser.com

*Counsel for Cornell University*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system on September 15, 2025 will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lexie R. Pereira*
Lexie R. Pereira