UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH UNIVERSITY, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>  Defendants. | Case No. 1:25-cv-12221 |

**<u>DEFENDANT POMONA COLLEGE'S RULE 7.1 DISCLOSURE</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pomona College states that it is a California not-for-profit corporation and has no stockholders or parent corporation.

Dated: September 30, 2025                    Respectfully submitted,

By: */s/ Lexie R. Pereira*
Lexie R. Pereira (BBO #711518)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventh Street NW
Washington, DC 20036-3006
(202) 663-8133
lexie.pereira@pillsburylaw.com

Jacob R. Sorensen (*pro hac vice* forthcoming)
Laura C. Hurtado (*pro hac vice* forthcoming)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 983-1000
jake.sorensen@pillsburylaw.com
laura.hurtado@pillsburylaw.com

Jeffrey P. Metzler (*pro hac vice* forthcoming)
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
(212) 858-1153
jeffrey.metzler@pillsburylaw.com

*Counsel for Pomona College*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system on September 30, 2025 will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lexie R. Pereira*
Lexie R. Pereira
