UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ALAYNA D'AMICO, et al.,                             :

       Plaintiffs,         :  Civil Action
  v.                                                   No. 25-12221-AK
                                                     :

CONSORTIUM ON FINANCING
HIGHER EDUCATION, et al.,                           :

       Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**JOINT MOTION TO SET BRIEFING SCHEDULE AND PAGE
LIMITATIONS FOR DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Alayna D'Amico, Max Miller, Bella Robinson, and Bram Silbert

("Plaintiffs") and Defendants Consortium on Financing Higher Education, The Common

Application Inc., Scoir Inc., Amherst College, Barnard College, Bowdoin College, Brown

University, Bryn Mawr College, Carleton College, Cornell University, Dartmouth College, Duke

University, Emory University, Haverford College, Johns Hopkins University, Macalester

College, Middlebury College, Mount Holyoke College, Northwestern University, Oberlin

College, Pomona College, Rice University, Smith College, Swarthmore College, Trinity College,

University of Chicago, University of Pennsylvania, University of Rochester, Vanderbilt

University, Vassar College, Washington University in St. Louis, Wellesley College, Wesleyan

University, and Williams College ("Defendants"), respectfully move for the entry of an Order

setting a briefing schedule and page limitations for Defendants' forthcoming motions to dismiss

and the responses and replies thereto.

As grounds for this Motion, Plaintiffs and Defendants state as follows:

1.      Plaintiffs commenced this action by the filing of their Complaint on August 8, 2025. The Complaint names 35 Defendants.

2.      The Court has extended the time within which all Defendants must move, answer, or otherwise respond to the Complaint to and including October 15, 2025. (ECF Nos. 95, 96, 106, 111, 131.)

3.      For the convenience of the Court, Defendants are coordinating to file a single, consolidated, omnibus motion to dismiss (the "Omnibus Motion to Dismiss") on issues common to all Defendants.

4.      Defendants Consortium on Financing Higher Education, The Common Application Inc., and Scoir Inc. (collectively, the "Non-School Defendants") are coordinating to file an additional, non-duplicative motion to dismiss (the "Non-School Motion to Dismiss") on issues unique to the Non-School Defendants.

5.      Additionally, a subset of Defendants anticipates coordinating to file an additional, non-duplicative motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) (the "Jurisdiction/Venue Motion to Dismiss").

6.      Although Defendants intend to coordinate to cover all common grounds for dismissal in the Omnibus, Non-School, and Jurisdiction/Venue Motions, they also request leave to file one or more additional, non-duplicative motions to dismiss on any issues unique to a particular Defendant or subset of Defendants that are not addressed in the Omnibus, Non-School, or Jurisdiction/Venue Motions, subject to the page limitations proposed below. Plaintiffs do not oppose this limited, additional briefing.

7.      Plaintiffs will file a single, consolidated opposition to Defendants' various motions to dismiss with a page limit equal to the cumulative page limit of Defendants' motions.

8.      Plaintiffs and Defendants have conferred and agree that a briefing

schedule and page limitations will facilitate the efficient preparation and submission of the

motions to dismiss and responses and replies thereto. The jointly requested schedule, proposed

below, will also streamline the number of briefs filed and eliminate duplicative presentations,

thereby promoting judicial economy.

9.      The parties have agreed on and request that the Court enter the following

briefing schedule and page limitations:

<u>Omnibus Motion to Dismiss:</u>

- Defendants shall file their Omnibus Motion to Dismiss on or before **October 15, 2025**. The memorandum in support thereof shall not exceed **35 pages**;

- Plaintiffs shall oppose Defendants' Omnibus Motion to Dismiss in the Omnibus Opposition they will file on or before **November 21, 2025**, which shall not exceed the **cumulative page limit of Defendants' motions**; and

- Defendants shall file their reply in support of their Omnibus Motion to Dismiss on or before **December 19, 2025**, which shall not exceed **15 pages**.

<u>Non-School Motion to Dismiss:</u>

- The Non-School Defendants shall file their Non-School Motion to Dismiss on or before **October 15, 2025**. The memorandum in support thereof shall not exceed **20 pages**;

- Plaintiffs shall oppose the Non-School Motion to Dismiss in the Omnibus Opposition they will file on or before **November 21, 2025**, which shall not exceed the **cumulative page limit of Defendants' motions**; and

- The Non-School Defendants shall file their reply in support of the Non-School Motion to Dismiss on or before **December 19, 2025**, which shall not exceed **10 pages**.

<u>Jurisdiction/Venue Motion to Dismiss:</u>

- Defendants shall file their Jurisdiction/Venue Motion to Dismiss on or before **October 15, 2025**. The memorandum in support thereof shall not exceed **10 pages**;

- Plaintiffs shall oppose the Jurisdiction/Venue Motion to Dismiss in the Omnibus Opposition they will file on or before **November 21, 2025**, which shall not exceed the **cumulative page limit of Defendants' motions**; and

- Defendants shall file their reply in support of the Jurisdiction/Venue Motion to Dismiss on or before **December 19, 2025**, which shall not exceed **5 pages**.

Additional Motions to Dismiss:

- Defendants may file, individually or on behalf of a subset of Defendants, one or more additional, non-duplicative motion(s) to dismiss on issues that are not addressed in the Omnibus, Non-School, or Jurisdiction/Venue Motions on or before **October 15, 2025**. The memoranda in support thereof shall not exceed **8 pages** each;

- Plaintiffs shall oppose any such additional motion(s) to dismiss in the Omnibus Opposition they will file on or before **November 21, 2025**, which shall not exceed the **cumulative page limit of Defendants' motions**; and

- Defendants shall file their reply(ies) in support of any additional motion(s) to dismiss on or before **December 19, 2025**, which shall not exceed **4 pages** each.

WHEREFORE, Plaintiffs and Defendants respectfully move this Court for entry of an Order setting the foregoing agreed briefing schedule and page limitations for Defendants' motions to dismiss and the responses and replies thereto.

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned counsel hereby certify that they have conferred and agree to the relief sought by this Motion.

Dated:  October 2, 2025                    Respectfully submitted,
        Boston, Massachusetts


/s/  Daniel McCuaig                        /s/ Alisha Q. Nanda
Edward A. Diver (*pro hac vice*)           Alisha Q. Nanda (BBO #657266)
Peter Leckman (*pro hac vice*)             SKADDEN, ARPS, SLATE,
Kevin Trainer (*pro hac vice*)                MEAGHER & FLOM LLP
LANGER GROGAN AND                          500 Boylston Street
   DIVER P.C.                              Boston, Massachusetts 02116
1717 Arch Street, Suite 4020               (617) 573-4800
Philadelphia, PA 19103                     alisha.nanda@skadden.com
Tel: (215) 320-5660
ndiver@langergrogan.com

pleckman@langergrogan.com
ktrainer@langergrogan.com

Benjamin D. Brown (*pro hac vice*)
Richard A. Koffman (*pro hac vice*)
Daniel McCuaig (*pro hac vice*)
Alex Bodaken (*pro hac vice*)
COHEN MILSTEIN SELLERS
    & TOLL PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dmccuaig@cohenmilstein.com
abodaken@cohenmilstein.com

*Counsel for Plaintiffs and the
Proposed Class*

Karen Hoffman Lent (*pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
karen.lent@skadden.com

Amy L. Van Gelder (*pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
320 S. Canal St., 47th Floor
Chicago, IL 60606
(312) 407-0700
amy.vangelder@skadden.com

*Counsel for Defendant Columbia University*

/s/  Michael T. Gass
Michael T. Gass (BBO No. 546874)
Samuel N. Rudman (BBO No. 698018)
John C. Calhoun (BBO No. 694479)
Katherine Quezada (BBO No. 711550)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone:  617-248-5000
mgass@choate.com
srudman@choate.com
jcalhoun@choate.com
kquezada@choate.com

*Counsel for Defendant Consortium On
Financing Higher Education*

/s/  Alexander M. Wolf
Alexander M. Wolf (BBO # 685374)
awolf@steptoe.com
STEPTOE LLP
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone:   713-221-2300
Facsimile:    713-221-2320

Eric S. Berman (admitted *pro hac vice*)
Lee F. Berger (admitted *pro hac vice*)
Patrick F. Linehan (admitted *pro hac vice*)
Weisiyu Jiang (admitted *pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
eberman@steptoe.com
lberger@steptoe.com
plinehan@steptoe.com
wjiang@steptoe.com

*Counsel for Defendant The Common
Application, Inc.*


/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick (BBO No. 667300)
Cole T. Wintheiser (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024
Tel: 202-434-5000
skirkpatrick@wc.com
cwintheiser@wc.com

*Counsel for Defendant Scoir Inc.*


/s/ Juan A. Arteaga
Juan A. Arteaga (*pro hac vice*)
Rosa M. Morales (*pro hac vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY  10001
Tel: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
RMorales@crowell.com

Jordan Ludwig (*pro hac vice*)
CROWELL & MORING LLP
515 South Flower Street
Los Angeles, CA  90071

Tel: (213) 622-4750
Fax: (213) 622-2690
JLudwig@crowell.com

Daniel H. Leff (BBO #689302)
CROWELL & MORING LLP
1 International Place
Boston, MA  02110
Tel: (781) 795-4700
Fax: (781) 795-4747
DLeff@crowell.com

*Counsel for Defendants Amherst College, Bowdoin College, Wellesley College, and Williams College*

/s/  Jacob R. Sorensen
Jacob R. Sorensen (*pro hac vice*)
Laura C. Hurtado (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(415) 983-1000
jake.sorensen@pillsburylaw.com
laura.hurtado@pillsburylaw.com

Jeffrey Metzler (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
(212) 858-1153
jeffrey.metzler@pillsburylaw.com

*Counsel for Defendants Barnard College, Oberlin College, Pomona College, Trinity College, and Vassar College*

/s/  Noah J. Kaufman
Noah J. Kaufman
MORGAN, LEWIS & BOCKIUS LLP
noah.kaufman@morganlewis.com
One Federal Street
Boston, MA 02110
Tel.: (617) 341-7590

7

*Counsel for Defendant Brown University*


/s/  Daryl J. Lapp
Daryl J. Lapp (BBO #554980)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
617.239.0100
daryl.lapp@troutman.com

Daniel Boland (*pro hac vice*)
Barbara Sicalides (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4000
daniel.boland@troutman.com
barbara.sicalides@troutman.com

Julie Webb (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
312.443.0700
julie.webb@troutman.com

*Counsel for Defendants Bryn Mawr College and Swarthmore College*


/s/  Jacob A. Kramer
Lawrence G. Scarborough (BBO No. 681285)
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Tel.:  (212) 248-3140
lawrence.scarborough@faegredrinker.com

Jacob A. Kramer (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW Washington, D.C. 20005
Tel.: (202) 230-5289

8

jake.kramer@faegredrinker.com

Emily E. Chow (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street Minneapolis, MN 55402
Tel.: (612) 766-8012
emily.chow@faegredrinker.com

Joshua P. Mahoney (*pro hac* vice)
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street Chicago, IL 60606-5707
Tel.: (312) 212-6520
josh.mahoney@faegredrinker.com

*Counsel for Defendants Carleton College,*
*Macalester College, and Wesleyan University*

/s/  Melissa H. Maxman
Melissa H. Maxman (*pro hac vice*)
Ronald F. Wick (*pro hac vice*)
Derek Jackson (*pro hac vice*)
COHEN & GRESSER LLP
2001 Pennsylvania Avenue NW, Suite 300
Washington, D.C. 20006
(202) 851-2070
mmaxman@cohengresser.com
rwick@cohengresser.com
djackson@cohengresser.com

Alicia L. Downey
DOWNEY LAW LLC
155 Federal Street, Suite 300
Boston, MA 02110
(617) 444-9811
alicia@downeylawllc.com

*Counsel for Defendant Cornell University*

/s/  Douglas E. Litvack
Douglas E. Litvack (admitted *pro hac vice*)
Ishan K. Bhabha (admitted *pro hac vice*)
Peter E. Davis (admitted *pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900

9

Washington, DC 20001-4412
(202) 639-6300
dlitvack@jenner.com
ibhabha@jenner.com
pdavis@jenner.com

Shoba Pillay (MA Bar No. 659739)
Casey Carlson (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
spillay@jenner.com
ccarlson@jenner.com

*Counsel for Defendants The Trustees of Dartmouth College and William Marsh Rice University*


/s/  Kelsey M. Westrich
Kelsey M .Westrich, BBO No. 705615
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, MA  02116
(617) 723-3300
kelsey.westrich@saul.com

Kayleigh T. Keilty (*pro hac vice*)
SAUL EWING LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
 (410) 332-8919
kayleigh.keilty@saul.com

Christopher D. Dusseault (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7855
cdusseault@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(413) 393-8293

10

rbrass@gibsondunn.com

*Counsel for Defendant Duke University*

/s/  Tina M. Tabacchi
Tina M. Tabacchi (*pro hac vice*)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Tel:  (312) 782-3939
Fax:  (312) 782-8585
Email:  tmtabacchi@jonesday.com

Peter W. Schwingler (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel:  (612) 217-8800
Fax:  (844) 345-3178
Email:  pschwingler@jonesday.com

Yvonne W. Chan (BBO# 669223)
JONES DAY
100 High Street, 22nd Floor
Boston, Massachusetts  02110
Tel:  (617) 960-3939
Fax:  (617) 449-6999
Email:  ychan@jonesday.com

*Counsel for Defendant Emory University*

/s/  Austin Evers
Austin Evers  (#676985)
Eric Mahr (*pro hac vice*)
Heather P. Lamberg (*pro hac vice*)
Jan Rybnicek (*pro hac vice*)
FRESHFIELDS LLP
700 13th Street NW - 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com
heather.lamberg@freshfields.com
jan.rybnicek@freshfields.com

11

*Counsel for Defendants Haverford College,*
*Mount Holyoke College, Middlebury College,*
*Smith College*


/s/  John P. Bueker
John P. Bueker (BBO #636435)
ROPES & GRAY LLP
Prudential Tower 800 Boylston Street
Boston, Massachusetts 02119
(617) 951-7000
John.Bueker@ropesgray.com

Samer M. Musallam *(pro hac vice)*
Elizabeth T. McInerney *(pro hac vice)*
Logan D. Hovie *(pro hac vice)*
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
(202) 508-4600
Samer.Musallam@ropesgray.com
Elizabeth.McInerney@ropesgray.com
Logan.Hovie@ropesgray.com

*Counsel for Defendant Johns Hopkins University*


/s/  Jack W Pirozzolo
Jack W. Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
jpirozzolo@sidley.com
(617) 223-0304

Scott D. Stein (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
sstein@sidley.com
(312) 853-7000

*Counsel for Defendant Northwestern University*

12

/s/  James L. Cooper
James L. Cooper (*pro hac vice*)
Michael A. Rubin (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel: 202-942-5000
Fax: 202-942-5999
james.cooper@arnoldporter.com
michael.rubin@arnoldporter.com

Esther Ha Yoon Sohn (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: 212-836-8000
Fax: 212-836-8689
esther.sohn@arnoldporter.com

H. Tiffany Jang, BBO No. 691380
ARNOLD & PORTER KAYE SCHOLER LLP
500 Boylston Street, 20th Floor
Boston, MA 02116
Tel: 617-351-8050
Fax: 617-226-9199
tiffany.jang@arnoldporter.com

*Counsel for Defendant University of Chicago*


/s/  Andrew S. Dulberg
Andrew S. Dulberg (BBO No. 675405)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Andrew.Dulberg@wilmerhale.com

David Z. Gringer (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich St.
New York, NY  10007
Telephone: (212) 230-8800
David.Gringer@wilmerhale.com

13

*Counsel for Defendant the Trustees of the*
*University of Pennsylvania*


/s/ John F. Baughman
John F. Baughman (*pro hac vice pending*)
BAUGHMAN KROUP BOSSE PLLC
One Liberty Plaza – 46th Floor
New York, NY 10006
(212) 548-3212
jbaughman@bkbfirm.com

*Counsel for Defendant the University of Rochester*


/s/ J. Mark Gidley
J. Mark Gidley (*pro hac vice*)
WHITE & CASE LLP
701 13th Street N.W.
Washington, DC 20005
(202) 626-3600
mgidley@whitecase.com

C. Kelly Newman
Dan Medici
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300
kelly.newman@whitecase.com
dan.medici@whitecase.com

*Counsel for Defendant Vanderbilt University*


/s/ Michael Ryan Meuth
Michael Ryan Meuth (BBO #714093)
PAUL HASTINGS LLP
200 Clarendon Street
Boston, MA 02116
(617) 912-1652
ryanmeuth@paulhastings.com

Ryan P. Phair (*pro hac vice*)
Christopher C. Brewer (*pro hac vice*)
Jill Rogowski (*pro hac vice*)

14

Samuel J. Thomas (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
(202) 551-1700
ryanphair@paulhastings.com
chrisbrewer@paulhastings.com
jillianrogowski@paulhastings.com
samthomas@paulhastings.com

Stephen McIntyre (*pro hac vice*)
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
(213) 683-6000
stephenmcintyre@paulhastings.com

*Counsel for Defendant Washington
University in St. Louis*

15