# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>      Defendants | Case No. 1:25-cv-12221<br><br>Judge Angel Kelley |

## **DECLARATION OF SHARON HEWITT WATKINS**

Pursuant to 28 U.S.C. § 1746, I, Sharon Hewitt Watkins, declare as follows:

1. I am the Vice President & Chief Financial Officer at Barnard College ("Barnard"), a position I have held since August 2025. I have been authorized and designated by Barnard to make this declaration on Barnard's behalf, based on Barnard's business records and information from other Barnard employees, whom I know to be reliable sources.

2. Barnard is an educational institution organized under the laws of the state of New York, and its campus is based in New York, New York. It does not maintain a campus in Massachusetts.

3. Barnard does not maintain an office, facility, telephone listing, or mailing address in Massachusetts. Barnard owns no real property in Massachusetts.

4. To the best of my knowledge, Barnard (a) has not maintained a bank account in Massachusetts; (b) has not received income for services performed in Massachusetts; and (c) has not maintained records in Massachusetts.

5. Barnard does not currently have any employees who work remotely from Massachusetts.

6. As of Fall 2025, Barnard had approximately 3,275 students. Only 4.4% of students are residents of Massachusetts when not attending Barnard. Since Spring 2022, that percentage has fluctuated between 4.4% and 5.6%.

7. The vast majority of Barnard classes are taught on-campus in New York, New York. No in-person courses are offered in Massachusetts. Any online courses that Barnard offers are available on a nationwide basis and are not targeted to Massachusetts residents.

8. All financial aid decisions for Barnard are made by personnel based in New York, not Massachusetts.

9. Barnard's early decision program was conceived of and is administered by Barnard's admissions office, located in New York, New York.

10. I understand that Plaintiff Alayna D'Amico is from Cambridge, Massachusetts. Ms. D'Amico did not apply to attend Barnard College as an undergraduate.

11. None of the other three named Plaintiffs in this case – Max Miller, Bella "Jude" Robinson, or Bram Silbert – ever applied to attend Barnard College as undergraduates.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October 2025 in New York, New York.

_Sharon Hewitt Watkins_
Sharon Hewitt Watkins