# Exhibit 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>      Defendants | Case No. 1:25-cv-12221<br><br>Judge Angel Kelley |

## DECLARATION OF CHERYL LYNN HORSEY
## ON BEHALF OF BRYN MAWR COLLEGE

Pursuant to 28 U.S.C. § 1746, I, Cheryl Lynn Horsey, declare as follows:

1. My name is Cheryl Lynn Horsey. I am the Vice President of Enrollment at Bryn Mawr College ("Bryn Mawr") and I am authorized to make this declaration on behalf of Bryn Mawr College. My office is in Bryn Mawr in the Commonwealth of Pennsylvania. My duties require me to stay abreast and informed of the College's financial trends and projections, which includes admissions, financial aid, staffing and employment matters, and Bryn Mawr's course offerings. In my role, I am responsible and provide supervision for the admissions and financial aid staff, who report to me. I am competent to testify to the matters stated herein and make this declaration based on my personal knowledge and information obtained in my professional capacity.

2. Bryn Mawr College is a not-for-profit, educational institution organized under the laws of the Commonwealth of Pennsylvania. Its principal place of operation is Bryn Mawr, Pennsylvania. All of Bryn Mawr's officers are located in Bryn Mawr, Pennsylvania. Bryn Mawr does not maintain and has never maintained a campus in Massachusetts.

3. Bryn Mawr owns no real property in Massachusetts. Bryn Mawr does not maintain any facility, telephone listing, or mailing address in Massachusetts. Nor does it maintain a bank account or hold other assets located in Massachusetts.

4. To the best of my knowledge, Bryn Mawr (a) has not maintained a bank account or other assets located in Massachusetts; (b) has not received income for services performed in Massachusetts; and (c) has not maintained records in Massachusetts.

5. All of Bryn Mawr's in-person courses are taught in Pennsylvania. No in-person courses are offered in Massachusetts. Bryn Mawr does not offer undergraduate online courses. The online courses that Bryn Mawr offers for graduate students are available nationwide, not

targeted at Massachusetts residents.

6. Bryn Mawr employs 854 full and part time staff members. Two employees live and work remotely in the District of Massachusetts. In all, less than approximately 0.23% of Bryn Mawr's active employees live in this District, working remotely. Neither employee in Massachusetts works or is involved in financial aid, admissions, or the early decision process. Bryn Mawr did not direct or advise any of these employees regarding where they choose to live and none are required by Bryn Mawr to live in the District of Massachusetts. Those Massachusetts-based employees do not transact business in Massachusetts on Bryn Mawr's behalf. Instead, their work provides support for Bryn Mawr's on-campus research activities.

7. All Bryn Mawr's undergraduate and graduate financial aid decisions are made by personnel based in Bryn Mawr, Pennsylvania, under my supervision.

8. All undergraduate and graduate enrollment decisions (early or otherwise) for Bryn Mawr are made, under my supervision, by personnel based in Bryn Mawr, Pennsylvania. Bryn Mawr's early decision program is operated and staffed entirely from Bryn Mawr.

9. This year, Bryn Mawr has a total undergraduate enrollment of 1,375 students who attend classes in Bryn Mawr, Pennsylvania. Of those undergraduate students, only approximately 8.5% gave a home address in the District of Massachusetts.

10. I understand that Plaintiff Alayna D'Amico is from Cambridge, Massachusetts. Ms. D'Amico did not apply to attend Bryn Mawr as an undergraduate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October, 2025 in Bryn Mawr, Pennsylvania.

*[signature]*