# Exhibit 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ALAYNA D'AMICO, MAX MILLER, BELLA
ROBINSON, and BRAM SILBERT, representing
themselves and all others similarly situated,

                    Plaintiffs,

v.

CONSORTIUM ON FINANCING HIGHER
EDUCATION, THE COMMON APPLICATION
INC., SCOIR INC., AMHERST COLLEGE,
BARNARD COLLEGE, BOWDOIN COLLEGE,
BROWN UNIVERSITY, BRYN MAWR
COLLEGE, CARLETON COLLEGE, COLUMBIA
UNIVERSITY, CORNELL UNIVERSITY,
DARTMOUTH COLLEGE, DUKE UNIVERSITY,
EMORY UNIVERSITY, HAVERFORD
COLLEGE, JOHNS HOPKINS UNIVERSITY,
MACALESTER COLLEGE, MIDDLEBURY
COLLEGE, MOUNT HOLYOKE COLLEGE,
NORTHWESTERN UNIVERSITY, OBERLIN
COLLEGE, POMONA COLLEGE, RICE
UNIVERSITY, SMITH COLLEGE,
SWARTHMORE COLLEGE, TRINITY
COLLEGE, UNIVERSITY OF CHICAGO,
UNIVERSITY OF PENNSYLVANIA,
UNIVERSITY OF ROCHESTER, VANDERBILT
UNIVERSITY, VASSAR COLLEGE,
WASHINGTON UNIVERSITY IN ST. LOUIS,
WELLESLEY COLLEGE, WESLEYAN
UNIVERSITY, and WILLIAMS COLLEGE,

                    Defendants

Case No. 1:25-cv-12221

Judge Angel Kelley

**DECLARATION OF MARK HAWKINS**

Pursuant to 28 U.S.C. § 1746, I, Mark Hawkins, declare as follows:

1.      My name is Mark Hawkins. I am the Vice President, Finance and Treasurer of Columbia University in the City of New York ("Columbia"), a position I have held since June 2025. Prior to assuming my current role, I served as Vice President, Finance & Controller at Columbia (September 2018 – June 2025), Vice President, Financial Operations and Compliance at Columbia (October 2016 – September 2018), and Deputy Controller at Columbia (October 2013 – October 2016). I have been authorized and designated by Columbia to make this declaration on Columbia's behalf, based on Columbia's business records.

2.      Columbia is a private, nonprofit institution of higher education whose activities are concentrated in New York, New York. It does not maintain a campus in Massachusetts.

3.      Columbia does not maintain an office, facility, telephone listing, or mailing address in Massachusetts. Columbia has no direct ownership in real or personal property in Massachusetts.

4.      To the best of my knowledge, Columbia (a) has not maintained a bank account or other assets located in Massachusetts; (b) has not received income for services performed in Massachusetts; and (c) has not maintained records in Massachusetts.

5.      Although Columbia has a few employees who are approved to work on a fully remote basis from Massachusetts, those employees comprise only a slight percentage of Columbia's workforce. Only about ten employees are approved to work on a fully remote basis from Massachusetts, out of approximately 30,000 employees overall (or about 0.03%).  Those Massachusetts-based employees do not transact business in the state. Rather, their work provides support for Columbia's on-campus activities.

6.      As of Fall 2024, Columbia had approximately 35,134 students (graduate and undergraduate).  Only approximately 3% of students are residents of Massachusetts when not attending Columbia.  That percentage is generally consistent from year to year.

7.      The vast majority of Columbia courses are taught on-campus in New York City. No in-person courses are offered in Massachusetts.

8.      Any online courses that Columbia offers are available on a nationwide basis and are not targeted to Massachusetts residents.

9.      Two of Columbia's undergraduate schools—Columbia College and the Fu Foundation School of Engineering and Applied Sciences ("School of Engineering")—administer an early decision program. This early decision program was conceived of and is administered by the undergraduate admissions office for Columbia College and the School of Engineering, located in New York City. No full-time personnel of the undergraduate admissions office for Columbia College and the School of Engineering are based in or work out of Massachusetts. Only one current seasonal, part-time adjunct application reader for the undergraduate admissions office for Columbia College and the School of Engineering is based in or works out of Massachusetts. This employee's work is focused on supporting the application review process, which is administered from New York.

10.     All undergraduate financial aid decisions for Columbia College and the School of Engineering are made by personnel based primarily in New York. Only one undergraduate financial aid employee for Columbia College and the School of Engineering resides in and sometimes works from Massachusetts. This employee typically works on campus in New York at least two days per week and works remotely from Massachusetts the remainder of the time. Her work involves supporting the financial aid process, which is administered from New York.

2

11.     I understand that Plaintiff Alayna D'Amico is from Cambridge, Massachusetts. Ms. D'Amico did not apply to attend Columbia as an undergraduate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October, 2025 in New York, New York.

_____

Mark Hawkins

3