UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, THE TRUSTEES OF DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, WILLIAM MARSH RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>          Defendants. | Case No. 1:25-cv-12221-AK |

## NON-SCHOOL DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Consortium on Financing

Higher Education, The Common Application, Inc., and Scoir, Inc. ("Non-School Defendants"),

respectfully move this Court to dismiss Plaintiffs' Complaint with prejudice.  In support of this Motion, Non-School Defendants submit a Memorandum in Support of their Motion to Dismiss and state as follows:

The Non-School Defendants are not colleges or universities.  They do not offer admissions to students, do not set tuition prices, and do not determine financial aid awards.  It would be impossible for Non-School Defendants to agree not to compete for students accepted through Early Decision in order to raise tuition prices, and Plaintiffs do not plausibly allege that they did.  While Plaintiffs fail to state a claim under Section 1 of the Sherman Act, 15 U.S.C. § 1, as to all Defendants, their allegations against Non-School Defendants are particularly insufficient because they fail to allege that Non-School Defendants entered into any agreement at all.

Plaintiffs merely allege that Non-School Defendants "facilitated" the alleged conspiracy, without alleging any direct or circumstantial evidence to support that conclusory claim.  Plaintiffs fail to allege parallel conduct and "plus factors" sufficient to establish an illegal agreement involving Non-School Defendants, and their group pleading allegations are impermissible as to Non-School Defendants.  Finally, Plaintiffs' conclusory allegations of information-sharing are not circumstantial evidence of an unlawful agreement.

WHEREFORE, Non-School Defendants respectfully request that this Court find that Plaintiffs have failed to state a claim for relief, dismiss the Complaint against the Non-School Defendants, and grant such further relief as the Court deems just and proper.

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), Non-School Defendants certify that they have conferred with opposing counsel regarding this motion in a good faith attempt to narrow the issues in dispute. The parties were unable to reach agreement.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Non-School Defendants request the opportunity to address the Court at oral argument.

Dated: October 15, 2025                    Respectfully submitted,

*/s/ Michael T. Gass*
Michael T. Gass (BBO No. 546874)
Samuel N. Rudman (BBO No. 698018)
John C. Calhoun (BBO No. 694479)
Katherine Quezada (BBO No. 711550)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone:  617-248-5000
mgass@choate.com
srudman@choate.com
jcalhoun@choate.com
kquezada@choate.com

*Counsel for Defendant Consortium On Financing Higher Education*

*/s/ Alexander M. Wolf*
Alexander M. Wolf (BBO # 685374)
awolf@steptoe.com
STEPTOE LLP
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Telephone:   713-221-2300
Facsimile:    713-221-2320

Eric S. Berman (admitted *pro hac vice*)
Lee F. Berger (admitted *pro hac vice*)
Patrick F. Linehan (admitted *pro hac vice*)
Weisiyu Jiang (admitted *pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
eberman@steptoe.com
lberger@steptoe.com
plinehan@steptoe.com
wjiang@steptoe.com

*Counsel for Defendant The Common Application, Inc.*

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick (BBO No. 667300)
Cole T. Wintheiser (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024
Tel: 202-434-5000
skirkpatrick@wc.com
cwintheiser@wc.com

*Counsel for Defendant Scoir, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Non-School Defendants' Motion to Dismiss

has been served on all counsel of record via the Court's ECF system on October 15, 2025.

*Alexander M. Wolf*
Alexander M. Wolf

5