# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,<br><br>        Defendants. | C.A. No. 1:25-cv-12221-AK |

<u>**NOTICE OF WITHDRAWAL OF COUNSEL**</u>

Pursuant to Local Rule 83.5.2(c)(1), Defendant Consortium on Financing Higher Education provides notice that Katherine Quezada of Choate, Hall & Stewart hereby withdraws as counsel of record for Defendant in the above-captioned action.

Michael T. Gass, Samuel N. Rudman, and John Calhoun of Choate, Hall & Stewart will continue to serve as counsel of record for Defendant.

Dated: April 17, 2026

Respectfully submitted,

<u>*/s/ Katherine Quezada*</u>
Katherine Quezada (BBO No. 711550)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5016
kquezada@choate.com

*Attorney for Defendant Consortium on Financing Higher Education*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 17, 2026.

/s/ Katherine Quezada
Katherine Quezada (BBO No. 711550)