**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ALAYNA D'AMICO, MAX MILLER, BELLA ROBINSON, and BRAM SILBERT, representing themselves and all others similarly situated,

Plaintiffs,

v.

CONSORTIUM ON FINANCING HIGHER EDUCATION, THE COMMON APPLICATION INC., SCOIR INC., AMHERST COLLEGE, BARNARD COLLEGE, BOWDOIN COLLEGE, BROWN UNIVERSITY, BRYN MAWR COLLEGE, CARLETON COLLEGE, COLUMBIA UNIVERSITY, CORNELL UNIVERSITY, DARTMOUTH COLLEGE, DUKE UNIVERSITY, EMORY UNIVERSITY, HAVERFORD COLLEGE, JOHNS HOPKINS UNIVERSITY, MACALESTER COLLEGE, MIDDLEBURY COLLEGE, MOUNT HOLYOKE COLLEGE, NORTHWESTERN UNIVERSITY, OBERLIN COLLEGE, POMONA COLLEGE, RICE UNIVERSITY, SMITH COLLEGE, SWARTHMORE COLLEGE, TRINITY COLLEGE, UNIVERSITY OF CHICAGO, UNIVERSITY OF PENNSYLVANIA, UNIVERSITY OF ROCHESTER, VANDERBILT UNIVERSITY, VASSAR COLLEGE, WASHINGTON UNIVERSITY IN ST. LOUIS, WELLESLEY COLLEGE, WESLEYAN UNIVERSITY, and WILLIAMS COLLEGE,

Defendants.

Case No. 25-cv-12221-AK

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Alayna D'Amico, who is a named plaintiff in the Complaint (Doc. No. 1), hereby withdraws as a named Plaintiff and putative class representative and voluntarily dismisses her individual claims in the above-captioned action, without prejudice to any of her rights as an absent class member, including the ability to file a claim against any fund arising out of any recovery.

Dated: September 2, 2026

Respectfully submitted,

By: */s/ Emily Marcus*

Edward Diver (admitted *pro hac vice*)
Peter Leckman (admitted *pro hac vice*)
Kevin Trainer (admitted *pro hac vice*)
**LANGER GROGAN & DIVER P.C.**
1717 Arch Street, Suite 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
ndiver@langergrogan.com
pleckman@langergrogan.com
ktrainer@langergrogan.com

Benjamin D. Brown (admitted *pro hac vice*)
Richard A. Koffman (admitted *pro hac vice*)
Daniel McCuaig (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
Tel: (202) 408-4600
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dmccuaig@cohenmilstein.com

Daniel H. Silverman (MA Bar ID: 704387)
**COHEN MILSTEIN SELLERS & TOLL LLP**
769 Centre Street, Suite 207
Boston, MA 02130
Tel: (617) 858-1990
dsilverman@cohenmilstein.com

Emily Marcus (admitted *pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL LLP**
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
emarcus@cohenmilstein.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Notice of Voluntary Dismissal Without Prejudice has been served on all counsel of record via the Court's ECF system on September 2, 2026.

*/s/ Emily Marcus*
Emily Marcus